450 A.2d 197

Commonwealth v. Huett, Appellant.
Petition for Allowance of Appeal
Denied Dec. 20, 1982.

Argued March 30, 1982. Thomas E. Butler, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.